# UNITED STATES BANKRUPTCY COURT
### Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Terry L. Cronk Sr.<br>xxx–xx–7278<br>48 Bert Howard Dr<br>Central Square, NY 13036–2391 | )<br>)<br>)<br>) Case Number: 15–31097–5–mcr<br>)<br>)<br>) Chapter: 7<br>) |

### *Important Notice Regarding Your Bankruptcy*

This notice is to inform you that as of February 24, 2016, your Attorney of record, Lindy Madill, is no longer admitted to practice before the Bankruptcy Court for the Northern District of New York. You have a right to obtain new counsel. Unless and until you obtain new counsel, you are unrepresented in your bankruptcy case and are responsible for responding to any notices that you may receive. If you retain a new attorney to represent you in your bankruptcy case, they must immediately file a notice of appearance on the docket of your bankruptcy case. If you have concerns about your case, you may contact the Office of the United States Trustee at (315) 793–8191.

Date: 3/23/16

*(signature)*

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court